JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| J Gold LLC,<br><br>                                     Plaintiff,<br><br>            v.<br><br>G and Q Medical Supplies, LLC, and Glen<br>Alabastro,<br><br>                                     Defendants. | Case No. EDCV 21-671 JGB (SPx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Judgment for Plaintiff shall be entered as follows:

1.  Plaintiff is AWARDED:

    a.  $2,727,500.00 in damages; and

    b.  $58,834.87 in attorneys' fees and costs.

2.  Defendants are jointly and severally liable for damages.

//

//

//

//

3. Plaintiff is ORDERED to mail a copy of this order and the judgment concurrently filed therewith to Defendants.  Plaintiffs shall file Proof of Service with the Court within ten days of the date of this Order.

Dated: July 23, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge